AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Terrance Goodman <br> *Petitioner* <br> v. <br> Cecilia Reynolds, Warden of Lee Correctional Institution <br> *Respondent* | Civil Action No.    4:15-cv-2962-BHH |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____ .

■ other: This case is dismissed with prejudice for lack of prosecution pursuant to Fed. R. Civ. P. 41(b). A certificate of appealability is denied

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks, United States District Judge. The court adopts the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date:   February 4, 2016

*CLERK OF COURT*

s/Debbie Stokes

*Signature of Clerk or Deputy Clerk*